**J. L. SEIDENBACH, Appellant, v. UNITED STATES FIDELITY & GUARANTY COMPANY, a Corporation, Appellee.**

No. 3134.

Circuit Court of Appeals, Tenth Circuit.

Oct. 15, 1945.

Rehearing Denied Dec. 11, 1945.

Samuel A. Boorstin, of Tulsa, Okl., for appellant.

Coleman Hayes, of Oklahoma City, Okl. (John F. Butler, of Oklahoma City, Okl., on the brief), for appellee.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

An examination of the record and briefs in this case discloses that the issues presented do not differ substantially from those decided by this court in Maryland Casualty Co. v. Seidenbach, 10 Cir., 133 F. 2d 573. Accordingly, on authority of that case and Consolidated Cut Stone Co. v. Seidenbach, Okl.Sup., 75 P.2d 442, the judgment is affirmed.